[No. 33925-1-II. Division Two. June 27, 2006.]

THURSTON COUNTY, *Respondent,* v. RICK BOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02597-1, Richard A. Strophy, J., entered October 14, 2005. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 23975-6-III. Division Three. June 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM D. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Columbia County, No. 90-1-00011-2, William D. Acey, J., entered March 15, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[Nos. 24027-4-III; 24289-7-III. Division Three. June 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN SHANNON CODIGA, *Appellant.*

*In the Matter of the Personal Restraint of* JOHN SHANNON CODIGA, *Petitioner.*

Appeals from a judgment of the Superior Court for Grant County, No. 04-1-00270-5, Evan E. Sperline, J., entered February 22, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.

[No. 23489-4-III. Division Three. June 29, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SYLVESTER C. LOPEZ, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00013-5, William D. Acey, J., entered October 13, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.